UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS SARANTAPOULAS, et al.,

    Plaintiffs,

    v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

_____/

No. C 12-0564 PJH

**JUDGMENT**

The court having granted the motion of defendant Bank of America, N.A. to dismiss the complaint,

    it is Ordered and Adjudged

    that judgment is entered in favor of defendant and against plaintiffs Dennis Sarantapoulas and Daniel Wood on the claims asserted against it.

**IT IS SO ORDERED.**

Dated: April 2, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge